**KUSCHA HATAMI**, CA Bar No. 282954
hatami@lawplicity.com
**LAWPLICITY**
P.O. Box 7619
Laguna Niguel, California 92067
Telephone: 858-342-9621

**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408-634-0324
Facsimile: 408-715-6707

Attorneys for Plaintiff
Zest Maps Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST MAPS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. ________________<br><br>**PLAINTIFF ZEST MAPS INC.'S COMPLAINT FOR FEDERAL FALSE DESIGNATION OF ORIGIN, CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT, AND CALIFORNIA STATUTORY UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Zest Maps Inc. ("Plaintiff" or "Zest Maps"), by its attorneys, for its Complaint in this action alleges:

## PARTIES

1. Zest Maps is a Delaware corporation organized and existing under the laws of Delaware having its principal place of business at 2261 Market Street #10590, San Francisco, California 94114.

2. Defendant DoorDash, Inc. ("Defendant" or "DoorDash") is a Delaware corporation with its principal place of business at 303 2nd Street, Suite 800, San Francisco, California 94107.

3. Plaintiff is ignorant of the true names of the other Defendants sued herein as Does 1 through 10, inclusive, and therefore, sues these Doe Defendants by fictitious names. Additional Doe Defendants are likely to include, among others, individuals associated with DoorDash who are responsible for DoorDash's infringing activities. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

## CASE ASSIGNMENT

4. Pursuant to Local Rule 3-2(c) and Paragraph D.3 of this Court's General Order No. 44 (Assignment Plan), this case is an intellectual property case subject to a district-wide system of assignment with venue being proper in any courthouse in this District.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and (b), and 28 U.S.C. § 1367, as this action involves substantial claims arising under the U.S. Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*., combined with related and supplemental claims for California trademark infringement and statutory unfair competition.

6. Defendant is subject to personal jurisdiction in this district because (i) Defendant conducts substantial, continuous, and systematic business in this judicial district, and (ii) Defendant is headquartered in San Francisco, California.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because

Defendant resides in this judicial district (as defined in 28 U.S.C. § 1391(c)(2)) and pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

## FACTS RELEVANT TO ALL CLAIMS

### Plaintiff's Adoption, Use, and Ownership of the ZEST Mark

8. Since at least as early as December 13, 2024, Plaintiff Zest Maps has been providing an AI-powered food discovery and social mapping product.

9. Likewise, since December of 2024, Plaintiff has maintained a public website at www.zestmaps.com describing Zest Maps' offering as food discovery and recommendation functionality, including mapping where users have eaten and surfacing friends' favorites. On the About page, it states that Plaintiff is "building the world's most personal food map," that it is a small team based between NYC and the Bay Area, and that the product is aimed at helping users discover places their friends love. Below are screenshots from Plaintiff's website.






As can be seen on the screenshots above, Plaintiff also uses zest, which includes a design of a lemon wedge next to the word ZEST (the "ZEST Design Mark").

10. On or around November 26, 2024, Plaintiff launched its ZEST app on the Apple App store. Below is a screenshot of Plaintiff's ZEST app.



Plaintiff's app icon uses a lemon wedge as its design mark (the "Lemon Wedge Design Mark").

11. On January 14, 2026, Plaintiff filed U.S. trademark application Serial No. 99/595,487 for the ZEST standard character mark in connection with the following goods:

> International Class 9: Downloadable software and mobile application software using artificial intelligence for mapping, location-based discovery, and personalized recommendations, namely, software for identifying, organizing, curating, and displaying locations, venues, points of interest, and destinations on interactive maps, including software for automatically identifying and recording user visits to venues based on transaction and location data, generating historical and ongoing location maps, and displaying user-curated and socially shared location information; downloadable software for searching, filtering, comparing, and ranking venues and points of interest based on user preferences; downloadable software for providing user-personalized travel planning recommendations and destination guidance information based on location.

(the '487 Application).

12. On January 14, 2026, Plaintiff also filed U.S. trademark application Serial No. 99/595,490 for the ZEST standard character mark in connection with the following services:

> International Class 42: Providing temporary use of non-downloadable software using artificial intelligence for location-based discovery, mapping, and recommendation services; providing online non-downloadable software featuring interactive maps and AI-generated recommendations for venues, destinations, and points of interest based on user preferences, including software for automatically identifying and mapping venue visits using transaction and location data, generating historical location records, and displaying location information based on activity of other users.; providing temporary use of online non-downloadable software for organizing, curating, and presenting information about venues, destinations, and points of interest for discovery and comparison; providing temporary use of online non-downloadable software for generating user-personalized travel planning recommendations and destination guidance information based on location.

(the '490 Application).

13. The ZEST word mark, the ZEST Design Mark, and the Lemon Wedge Design Mark are collectively referred to as the "ZEST Marks."

14. Plaintiff's ZEST Marks are inherently distinctive and have developed widespread recognition as a brand of AI-driven food mapping social app products and services. Consumers throughout California and the United States recognize the ZEST Marks as a source indicator of Plaintiff's products and services.

15. Despite have launched only approximately 15 months ago, as a result of Plaintiff's

extensive advertising and use and media coverage, Plaintiff's ZEST Marks have already acquired extensive, valuable goodwill.

**<u>Defendant DoorDash's Willful Trademark Infringement</u>**

16. On information and belief, Defendant was exposed to Plaintiff's announced launch of ZEST before it adopted its infringing ZESTY Marks. For example, Plaintiff's announcement on LinkedIn received substantial visibility (over 8,000 views) and the CEO and Co-Founder of Zest Maps has LinkedIn connections with five DoorDash employees—(i) Henry Freel, Staff Product Designer; (ii) Jacob Park, Designer; (iii) Fei Lu, Senior Director of Engineering; (iv) Talie Stadtmauer, Product Manager; and (v) Tatiana Suriano—which makes it more likely than not that those DoorDash employees were exposed to Zest Maps' public-facing materials.

17. On or about December 15, 2025, Andy Fang, Co-Founder of DoorDash, announced the launch of ZESTY, described as a new food discovery app in the food discovery/social/AI space, "powered by AI," and aggregating information across sources including DoorDash and online resources.

18. Notably, the beta launch of ZESTY is currently available in New York and the San Francisco Bay Area, the same locations referenced in Plaintiff's public-facing materials, including as where Plaintiff's team is based.

19. Not only did Defendant adopt the virtually identical term ZESTY and launch in the identical geographical areas in San Francisco and New York, but Defendant also uses the imagery of lemons both on its website and app icon, which is part of Plaintiff's ZEST Design Mark:






This is more than coincidental. The circumstances point to a deliberate attempt by Defendant to usurp Plaintiff's trademarks, idea, and goodwill.

20. Defendant's adoption and use of the infringing ZESTY Marks creates a likelihood of confusion among consumers. Defendant's ZESTY Marks are virtually identical to Plaintiff's ZEST Marks, even using a similar lemon/lime logo and theme. The parties' goods and services are essentially identical. Defendant launched first in the same markets at Plaintiff. Importantly, there have already been instances of actual confusion. In short, Defendant's infringement couldn't be more clear.

**<u>Plaintiff Notifies Defendant But Defendant Refuses to Stop Its Infringing Conduct</u>**

21. On January 29, 2026, Plaintiff, through its attorneys, sent a cease and desist letter to Defendant. A true and correct copy of the January 29, 2026 letter is attached hereto as **<u>Exhibit A</u>**.

22. Deciding to engage in legal gamesmanship, Defendant chose to delay responding to Plaintiff's January 29, 2026 letter until after it hastily filed trademark applications for its

infringing ZESTY Marks.

23. On February 6, 2026, Defendant filed U.S. trademark application Serial No. 99/637,863 for the ZESTY standard character mark (the "ZESTY Word Mark") in connection with the following goods and services:

> International Class 9: Downloadable computer software in the nature of a mobile application for identifying, exploring and discovering new restaurants; Downloadable computer software in the nature of a mobile application for locating, identifying, and recommending restaurants to users; Downloadable computer software in the nature of a mobile application for providing information about restaurant menus, pricing, photos, ratings, reviews, reservations, hours of operation, and other restaurant information; Downloadable computer software in the nature of a mobile application for searching for restaurants and dining establishments, filtering listings, and providing personalized restaurant suggestions based on user preferences; Downloadable computer software in the nature of a mobile application for reviewing, submitting and sharing restaurant reviews and photos; Downloadable software in the nature of a mobile application for use in facilitating the advertising and marketing of restaurants, for reviewing information concerning restaurants and dining options, for searching restaurants and dining options, for accessing restaurant and dining menus, and for providing users with the ability to provide feedback on the restaurants and dining options; Downloadable computer software in the nature of a mobile application featuring chatbots for replying to questions regarding restaurant availability; Downloadable computer software in the nature of a mobile application for making restaurant reservations.; Downloadable chatbot software for making restaurant reservations
>
> International Class 35: Promotional services, namely, promoting the goods of others by means of providing online restaurant menus; Advertising services, namely, promoting and marketing the goods and services of others in the field of restaurants; Online business directories featuring restaurants; Marketing research services in the field of restaurants; Online advertising and marketing services for restaurants, namely, Internet and mobile marketing that promotes the goods and services of others; Online business directories featuring restaurants and other establishments offering food and dining options; Promoting and marketing the goods and services of others in the field of restaurants; Providing consumer information regarding food; Providing curated consumer information about merchants that sell food, restaurants and food; Providing online business directories featuring restaurants and promoting the goods and services of others by providing an online platform featuring online restaurant and bar menus, availability, pricing, ratings, reviews and other restaurant information; Business data analysis services related to restaurant ratings, reviews, and consumer preferences.
>
> International Class 38: Providing online forums for users to share restaurant reviews, photos, ratings, comments and recommendations.
>
> International Class 39: Providing on-line driving directions to the restaurants of others.
>
> International Class 42: Providing temporary use of online non-downloadable chatbot software for replying to questions regarding restaurant availability; Providing an online platform as a service (PAAS) for facilitating the identification, exploration and discovery of new dining establishments.

> International Class 43: Providing online reviews of restaurants; Restaurant information services; Restaurant reservation services; Providing information in the field of restaurants, restaurant menus, pricing, photos, ratings, reviews, reservations, hours of operation, and other restaurant information.
>
> International Class 45: Concierge services for others comprising making requested personal arrangements and restaurant reservations; Concierge services, namely, curating suggestions for new restaurants and dining establishments; Online social networking services in the field of sharing dining and restaurant recommendations.

(the '863 Application).

24. On February 6, 2026, Defendant also filed U.S. trademark application Serial No. 99/637,879 for the (the "ZESTY Design Mark") in connection with the same goods and services listed in the '863 Application (the '879 Application).

25. Defendant's ZESTY Word Mark and ZESTY Design Mark are collectively referred to as the "ZESTY Marks."

26. On February 9, 2026, after having rushed to file trademark applications for its infringing ZESTY Marks, Defendant finally responded to Plaintiff stating it needed additional time to respond. Through their counsel, Plaintiff and Defendant engaged in additional communications but Defendant refused to cease its infringing conduct, forcing Plaintiff to file this lawsuit.

## FIRST CLAIM FOR RELIEF
## FALSE ASSOCIATION (ALSO KNOWN AS FALSE DESIGNATION OF ORIGIN) UNDER § 43(a) OF THE LANHAM ACT (15 U.S.C. § 1125(a))

27. Paragraphs 1-26, above, are realleged and incorporated by reference as if set forth in full.

28. Plaintiff owns common law trademark rights in the ZEST Marks in connection with an AI-powered food discovery and social mapping product and related services.

29. Plaintiff's common law trademark rights in the ZEST Marks predate any trademark rights by Defendant in the infringing ZESTY Marks.

30. Defendant uses the ZESTY Marks in interstate commerce in connection with identical and/or virtually identical goods and services. Defendant's use is likely to cause confusion, cause mistake, and/or deceive consumers and the purchasing public as to affiliation,

connection, or association of Plaintiff and Defendant and as to origin, sponsorship, or approval of Defendant's good and services by Plaintiff. In addition, Defendant's infringement is likely to cause, *inter alia*, subliminal and associational confusion, forward confusion, reverse confusion, initial interest confusion, point-of-sale confusion, and post-sale confusion. Indeed, instances of actual confusion have already occurred.

31. Defendant's aforesaid acts have caused and will continue to cause Plaintiff to suffer damages and irreparable injury, and unless such acts are restrained by this Court through a temporary restraining order, preliminary injunction, and/or permanent injunction, such acts will be continued and Plaintiff will continue to suffer damages and irreparable injury.

## SECOND CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT
## UNDER CALIFORNIA COMMON LAW

32. Paragraphs 1-31, above, are realleged and incorporated by reference as if set forth in full.

33. Plaintiff owns California common law trademark rights in the ZEST Marks in connection with an AI-powered food discovery and social mapping product and related services.

34. Plaintiff's California common law trademark rights in the ZEST Marks predate any trademark rights by Defendant in the infringing ZESTY Marks.

35. Defendant's use of the confusingly similar ZESTY Marks in California commerce in connection with identical and/or virtually identical goods and services is likely to cause confusion, cause mistake, and/or deceive consumers and the purchasing public as to affiliation, connection, or association of Plaintiff and Defendant and as to origin, sponsorship, or approval of Defendant's good and services by Plaintiff. In addition, Defendant's infringement is likely to cause, *inter alia*, subliminal and associational confusion, forward confusion, reverse confusion, initial interest confusion, point-of-sale confusion, and post-sale confusion. Indeed, instances of actual confusion have already occurred. As such, Defendant's ZESTY Marks infringe Plaintiff's ZEST Marks under California common law.

36. Defendant's aforesaid acts have caused and will continue to cause Plaintiff to

suffer damages and irreparable injury, and unless such acts are restrained by this Court through a temporary restraining order, preliminary injunction, and/or permanent injunction, such acts will be continued and Plaintiff will continue to suffer damages and irreparable injury.

37. Defendant has acted with malice, oppression, and fraud, as defined in California Civil Code § 3294, and willfully and with the intent to cause injury to Plaintiff, thereby warranting an assessment of punitive damages in an amount appropriate to punish Defendant and to deter others from engaging in similar conduct.

## THIRD CLAIM FOR RELIEF
## STATUTORY UNFAIR COMPETITION
## UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 *et seq.*

38. Paragraphs 1–37, above, are realleged and incorporated by reference as if set forth in full.

39. As detailed throughout this Complaint, Defendant has infringed Plaintiff's ZEST mark by using the virtually identical and confusingly similar ZESTY mark in connection with identical and/or virtually identical services. Defendant's acts and conduct constitute unlawful, unfair, or fraudulent business acts and practices within the meaning of California Business and Professions Code § 17200 *et seq*.

40. Defendant's aforesaid acts have caused and will continue to cause Plaintiff to suffer damages and irreparable injury, and unless such acts are restrained by this Court through a temporary restraining order, preliminary injunction, and/or permanent injunction, such acts will be continued and Plaintiff will continue to suffer damages and irreparable injury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant and relief as follows:

(i) that pursuant to 15 U.S.C. § 1116 and its inherent equitable powers, the Court issue a temporary restraining order, preliminary injunction, and permanent injunction restraining and enjoining Defendant from using the ZESTY Marks, as well as any marks confusingly similar to Plaintiff's ZEST Marks;

(ii) that pursuant to 15 U.S.C. § 1118, the Court order Defendant to remove and/or

deliver up for destruction all advertisements, packaging, labels, materials, websites, apps, social media accounts, and other articles bearing the ZESTY Marks, as well as any marks confusingly similar to Plaintiff's ZEST Marks;

(iii) that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover Defendant's profits and such sums in addition thereto as the Court shall find just;

(iv) that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover the damages sustained and such sums in addition thereto as the Court shall find just;

(v) that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover the costs of this action, including reasonable attorneys' fees and interest;

(vi) that pursuant to California Business & Professions Code § 17200 *et seq.*, Plaintiff be awarded restitution;

(vii) that Plaintiff recover prejudgment and post-judgment interest according to law; and

(viii) that Plaintiff be awarded its costs and attorneys' fees as allowable by law; and such other and further relief that this Court may deem just and equitable.

Dated: March 24, 2026

Respectfully submitted,

By. /s/ *Bruno Tarabichi*
Kuscha Hatami
Bruno Tarabichi
Attorneys for Plaintiff
Zest Maps Inc.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues in this lawsuit.

Dated: March 24, 2026

Respectfully submitted,

By /s/ *Bruno Tarabichi*
Kuscha Hatami
Bruno Tarabichi
Attorneys for Plaintiff
Zest Maps Inc.

# EXHIBIT A

RUSCHA HATAMI
PRINCIPAL COUNSEL
858-342-9621
hatami@lawplicity.com

lawplicity
simplifying complicated problems

**Trademark | Copyright | Marketing | Business | Commercial Contracts | Domains | Real Estate Transactions**

**1.29.2026**

**VIA EMAIL AND U.S. MAIL**

DoorDash, Inc.
Attn: Legal Department – Trademarks / Brand Protection
303 2nd Street, Suite 800
San Francisco, CA 94107
legal@doordash.com

Re: **ZEST** (Zest Maps Inc.) – DoorDash's Use of **ZESTY** for AI-Powered Food Discovery / Social App

To the DoorDash Legal Department:

We represent **Zest Maps Inc.** ("Zest Maps" or "Client") in connection with Zest Maps' rights in the **ZEST** name and brand for an AI-powered food discovery and social mapping product.

DoorDash has announced and launched a competing, substantially similar product under the name **ZESTY**, including a beta launch currently available in New York and the San Francisco Bay Area, locations referenced in Zest Maps' public-facing materials, including as where its team is based. As detailed below, DoorDash's use of **ZESTY** raises serious concerns regarding likelihood of confusion, false association, and harm to Zest Maps' goodwill. Zest Maps seeks to understand DoorDash's claimed basis for adopting and using **ZESTY** and to resolve this matter amicably.

## I. Zest's Prior Use and Public Footprint

Zest Maps publicly announced its product as "**ZEST** – AI Powered Social Food Maps" on LinkedIn approximately 11 months ago and described features including AI-powered recommendations, social following, saving places, and discovery functionality. *See* **Exhibit A**. That announcement received substantial visibility (over 8,000 views). In addition, the CEO and Co-Founder of Zest Maps has LinkedIn connections with five DoorDash employees—(i) Henry Freel, Staff Product Designer; (ii) Jacob Park, Designer; (iii) Fei Lu, Senior Director of Engineering; (iv) Talie Stadtmauer, Product Manager; and (v) Tatiana Suriano—which makes it more likely than not that those DoorDash employees were exposed to Zest Maps' public-facing materials.

Zest Maps has maintained a public website at www.zestmaps.com since at least as early as December 2024. *See* **Exhibit B**. Our Client's website describes Zest Maps' offering as food discovery and recommendation functionality, including mapping where users have eaten and surfacing friends' favorites. *See* **Exhibit C**. Zest Maps' "About" page states that our Client is "building the world's most personal food map," that it is a small team based between NYC and the Bay Area, and that the product is aimed at helping users discover places their friends love. *See* **Exhibit D**.

Zest Maps also has an iOS application branded as **ZEST**. *See* **Exhibit E**. The app listing describes its core functionality, including, without limitation, automatic mapping of places users eat, AI recommendations, saving places, and social discovery/sharing. Zest Maps has filed U.S. trademark applications for **ZEST**, including Serial No. 99595490 (Class 42) and Serial No. 99595487 (Class 9). *See* **Exhibits F** and **G**, respectfully. Zest Maps' stated first-use date is at least as early as December 13, 2024.

### II. DoorDash's Launch and Use of ZESTY

On or about **December 15, 2025**, Andy Fang, Co-Founder of DoorDash, announced the launch of **ZESTY**, described as a new food discovery app in the food discovery/social/AI space, "powered by AI," and aggregating information across sources including DoorDash and online resources. *See* **Exhibit H**.

DoorDash's launch was also covered by TechCrunch, MSN and others, on or around December 15 to 17, 2025, describing **ZESTY** as an AI-powered social app designed to help users find local restaurants and related venues, including via chatbot prompts and personalized recommendations. *See* **Exhibits I and J**.

DoorDash's website for **ZESTY** states it is "currently live" in the SF Bay Area and New York. *See* **Exhibit K**. The iOS app listing similarly states that the "most optimal" experience is currently in NYC and the SF Bay Area with more markets developing soon, and it describes **ZESTY** as a local discovery app with prompts, natural-language searching, saving, and social/feed functionality. *See* **Exhibit L**. Given that Zest Maps' publicly available materials identify its team as based between New York City and the Bay Area, DoorDash's choice of these same geographies for its initial rollout cannot reasonably be dismissed as coincidental.

### III. Similarity, Overlap, and Likelihood of Confusion

The overlap between the parties' respective uses is substantial, and the likelihood of confusion is not theoretical, it is real and immediate given the combination of near-identical naming, directly overlapping functionality, and overlapping markets.

#### A. ZEST and ZESTY are essentially the same mark in commercial impression

**ZESTY** is **ZEST** with a "Y" suffix. Consumers encountering **ZESTY** in the marketplace will naturally perceive it as (i) a variant of **ZEST**, (ii) a line extension, (iii) a feature/sub-brand, or (iv) a rebrand of the same source. The two marks share the same dominant word element (**ZEST**), are pronounced materially the same, and convey the same meaning and commercial impression, i.e., "zest" (energy, excitement, liveliness, enthusiasm, among other meanings).

In other words, from a consumer perspective, **ZESTY** does not meaningfully distinguish source from **ZEST**; it reads as the same brand family. This is precisely the kind of incremental spelling change that does not avoid confusion, particularly in fast-moving consumer contexts like app discovery, social sharing, word-of-mouth referrals, and app store searches, where consumers rely on imperfect recollection.

### B. The goods/services overlap in the way consumers experience them

Both **Zest** and DoorDash's **ZESTY** are marketed as AI-enabled products for discovering restaurants and local venues, with social features layered on top. **ZEST** is described as a social food map that helps users track, share, and discover places; **ZESTY** is described as a food discovery app that uses AI and social content to curate recommendations and enable saving/sharing.

This is not a situation where two marks happen to be similar, and the offerings are remote. The overlap is consumer-facing and functional: users are prompted to use the apps to find places to eat, save places, and share/discover based on other users' content and preferences. The more closely the parties' offerings overlap, the less differentiation is needed to create confusion, and here the marks are already substantially identical.

### C. The launch geographies overlap—and reinforce confusion rather than contain it

DoorDash's public materials state **ZESTY** is "currently live" in New York and the SF Bay Area, and Zest Maps' materials reflect that Zest Maps is based between NYC + the Bay Area. These are high-density markets where early adopter communities, media amplification, and social/network effects drive app discovery—meaning confusion can spread quickly (e.g., users hearing "I'm using **ZEST/ZESTY**," being directed to the wrong app, or assuming affiliation).

The fact that both products are connected to the same initial markets heightens the likelihood of confusion and the resulting harm: this is exactly when a brand's identity is most vulnerable, and when confusion can alter consumer perception, distort adoption, and impair Zest Maps' ability to build goodwill.

### D. Confusion will predictably show up on real-world channels

Given the similarity of the marks and the overlap in product category, confusion is particularly likely in:

- **App store search and discovery** (users searching "**ZEST**" and encountering "**ZESTY**" and assuming it is the same product or affiliated);
- **Word-of-mouth referrals** ("download **ZEST/ZESTY**" is easily misheard/misremembered);
- **Press and social media** (short form mentions, screenshots, and casual references); and
- **Investor/partner discussions** (where brand identity and product differentiation matter and mistaken association can cause reputational and business harm).

### E. Evidence of actual confusion (press/media inquiry)

This confusion has already materialized. In communications with a PR representative, our Client was informed that the PR representative was confused (in connection with a potential story placement) and raised questions as to whether our Client's **ZEST** was connected to DoorDash's launch of **ZESTY**, expressly noting the apparent similarity between the two products and marks. *See* **Exhibit M**. That confusion created sufficient uncertainty that Zest Maps lost placement in the story. Moreover, food writer Larissa Zimberoof inquired, "*Does **ZEST** have anything to do with the recent launch of **ZESTY** by DoorDash? Seems a little strange to have two apps doing the same thing...what's the response here?" See* **Exhibit N**. These are precisely the types of real-world

marketplace confusion that undermine our Client's goodwill and interfere with Zest Maps' business opportunities.

**F. The harm to Zest Maps is immediate and not compensable later**

This is not only about diversion of users. It is about loss of control over brand identity, misattribution of product experiences, interference with Zest Maps' ability to grow goodwill in its mark, and the risk that consumers (and the market) will attribute one party's product quality, data practices, or features to the other. The longer the concurrent use continues, the harder it becomes to unwind marketplace confusion, particularly for consumer apps with network effects and viral distribution.

Given the above, Zest Maps requests clarification of DoorDash's claimed rights and intended plans. Marketplace confusion, particularly at this stage of Zest Maps' brand development, creates real and immediate harm, and it is generally in everyone's interest to address these issues promptly and privately.

**IV. Required Response and Supporting Information (10 Business Days)**

Please provide a written response within ten (10) business days of the date of this letter, including:

1. DoorDash's claimed first use date for **ZESTY** (including internal beta/pilot, limited release, and public availability), and the geographic scope of each;
2. Documents sufficient to substantiate first use and adoption (e.g., dated screenshots, app store release history, marketing materials, and domain/website launch evidence);
3. Any trademark applications/registrations DoorDash has filed or obtained for **ZESTY** (or similar marks) covering overlapping goods/services; and
4. Confirmation of DoorDash's **current and intended scope of use** for **ZESTY**, including whether DoorDash intends to maintain, expand, or re-launch the product under the **ZESTY** name in any market or channels, and the timing for any such actions.

**V. Resolution**

Zest Maps is amenable to resolve this matter without unnecessary escalation, but it must protect its rights and prevent ongoing marketplace confusion. If DoorDash cannot demonstrate rights superior to our Client's rights in the ZEST mark for the goods and services described above (and any related goods or services), Zest Maps requests that DoorDash immediately:

1. Cease all use of **ZESTY**, and any colorable imitations thereof, for any consumer-facing or business-to-business food discovery and mapping application or service, including recommendations and social discovery/sharing features, and for any overlapping or related goods or services;
2. Confirm that it will not seek to register **ZESTY**, or any colorable imitations thereof, for any such overlapping or related goods and/or services; and
3. Provide a written plan and timeline to transition to branding that avoids confusion with **ZEST**.

### VI. Preservation of Documents

Because DoorDash is now on notice of Zest Maps' claims and concerns, DoorDash should take reasonable steps to preserve documents and electronically stored information relevant to DoorDash's adoption and use of **ZESTY**, including materials reflecting the name selection process, branding development, marketing and launch planning, and first-use documentation.

### VII. Reservation of Rights

Nothing in this letter is a waiver of any rights or remedies. Zest Maps expressly reserves all rights, including the right to pursue injunctive relief and other remedies as necessary. Please direct your response to the undersigned at **hatami@lawplicity.com** with a courtesy copy to **contact@lawplicity.com.** We look forward to your response by **February 9, 2026.**

Sincerely,



Kuscha Hatami
lawplicity
858-342-9621

**Exhibit A**



**Mario Gomez-Hall** · You

Co-Founder & CEO of Zest Maps. Designed the apps you love fr...

11mo • Edited •

Very excited to announce what we've been working on lately at **Zest - AI Powered Social Food Maps**! We're building the ultimate app for tracking, sharing, and discovering the best places to eat & drink in any city.

💳 Link a credit card to automatically build your map from up to 2 years of past visits
📍 Save places you want to go and we'll keep your list up-to-date as you visit
👯 Follow friends to discover the best places to eat anywhere
🪄 Get tailored recommendations based on your taste preferences

We're in beta now — comment below if you want to skip the waitlist.



Starting a New Position

79 · 21 comments · 1 repost

Like · Comment · Repost · Send

8,328 impressions · View analytics

**EXHIBIT B**

INTERNET ARCHIVE WayBackMachine https://www.zestmaps.com/ Go 14 captures 31 Dec 2024 - 4 Sep 2025 NOV DEC 31 2024 FEB 2025 About this capture

zest

how it works learn more company foursquare import

# remember your favorite spots *automatically*

All the restaurants, bars, and cafes you visit — always up to date. No check-ins or making lists.







zest

Automatic restaurant tracking and discovery. Get a personal map of everywhere you've eaten in just 90 seconds.

**what is zest?**

how it works

learn more

foursquare shutdown

**company**

about

instagram

**legal**

privacy policy

terms of service

EULA

Cookie Settings

Copyright © 2024 All Rights Reserved by Zest Maps

**EXHIBIT C**

zest get the app

# Discover your next *favorite*

Zest auto-maps everywhere you've eaten, recommends spots you'll love, and surfaces your friends' favorites globally.

get the app




trending on zest this month

sea PENNY Bon Délire LeVeaudor ATI Sabino

### Recommendations that truly hit

Zest learns your taste from where you've actually eaten — not reviews or vague preferences. Just link a card (optional!) or save some favorites and our AI starts showing spots you'll seriously love.

```
Analyzing 341 visits over the last 2 years across 3 credit cards...
```

### Your personal food map, on autopilot

Zest builds a private map of everywhere you've eaten — favorite haunts, hidden gems, and unforgettable meals — without any manual input. Perfect for remembering that sushi spot in Lisbon or tracking your burger bucket-list progress.



### Travel ready, friend-powered

Planning a trip? Zest shows you where your friends go in any city and surfaces curated lists from people who actually know you. No more asking for recs or remembering where that Google Doc lives.



HOW WE'RE DIFFERENT

## No check-ins. No GPS tracking

Zest skips the tracking and typing — we use your dining history to build a smart map of everywhere you've actually been.

email@example.com sign up




| 2 yrs | 431K | < 2 min | 354 |
|---|---|---|---|
| past visits found | to make your map | restaurant pins | cities covered |

## We take privacy seriously

Auto-map is fully optional — you can manually add places without linking a credit card, or follow others' lists for great recs.

- Only food & drink charges are used to build your map
- We can't see what you buy or charge your card — Zest is free
- Friends see your favorite spots, not your spending or full map




## where should we eat?

Get the best food & drink recommendations in any city

email@example.com sign up

zest

Zest maps where you and your friends have actually eaten to recommend spots you'll love anywhere in the world.

Download it from App Store

what is zest?
how it works
learn more

company
about
instagram
contact & support

legal
privacy policy
terms of service
EULA
Cookie Settings

Copyright © 2025 • All Rights Reserved by Zest Maps Inc.

**EXHIBIT D**

ABOUT US

# We're building the world's most *personal* food map.

Zest helps you eat better, remember where you've been, and discover places your friends actually love, anywhere in the world.

We're a small team of three based between NYC + the Bay Area, obsessed with food, design, and discovery. We've built products used by millions — now we're using that experience to make eating out feel personal again.

Our team has worked at some of the best consumer companies in the world, like Apple, Square, and Lyft

We've built and scaled startups from zero to millions of happy users for over 10 years

**Zest helps you track the restaurants, cafes, and bars you visit to help you eat better anywhere.**





**"zest remembered places i'd completely forgotten"**

★★★★★

"my map was instant and accurate, and it just keeps working. i've found so many places to try"

**Cameron Williamson**
Brooklyn, NY

**All the spots, globally**
Wherever you go, Zest has you covered

# 723K
restaurants already on zest



## wanna help build the best food app?

We're always looking for curious, creative people who love food, maps, and design. Engineers, designers, and storytellers — say hi.

Photos by Frankie Cordoba, Jon Tyson, and Edward Howell on Unsplash

join us

zest

Zest maps where you and your friends have actually eaten to recommend spots you'll love anywhere in the world.

Download it from App Store

what is zest?
- how it works
- learn more

company
- about
- instagram
- contact & support

legal
- privacy policy
- terms of service
- EULA
- Cookie Settings

Copyright © 2025 • All Rights Reserved by Zest Maps Inc.

**EXHIBIT E**

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Zest: Food Maps

**AI-Powered Social Food Maps**

Only for iPhone
Free

Share

| 4 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.0 ★★★★☆ | 13+ Years | Food & Drink | Zest Maps Inc. | EN English | 65.8 MB |




iPhone

Zest automatically maps everywhere you eat—no check-ins required. Get AI recommendations for any city or time of day, track your favorites, and see where friends love to go around the world. Zest's AI learns your tastes over time to give you better, more personal recs.

Connect your card (optional) to build your food map effortlessly. Follow celebrity and creator-curated list more

## Ratings & Reviews >

4.0
out of 5

4 Ratings

**Great app** 12/30/2025
★★★★★ isiji

Love how easy it is to curate my favorite places, they all show up automatically as i explore my city

## What's New >

In this update, we fully revamped your map, adding labels to all pins, improving the UX, and putting more useful places on your map. Tap the layers icon to select which pins you see. Additionally, we added prices and ratings in more place, an easier way to get to your friends list, and fixed bugs.

Version 1.0.3
6d ago

## App Privacy >

The developer, **Zest Maps Inc.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

### Data Linked to You

The following data may be collected and linked to your identity:

- Financial Info
- Location
- Contact Info
- Contacts
- Identifiers
- Usage Data

### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| Zest Maps Inc. | 65.8 MB | Food & Drink |
| **Compatibility** | **Languages** | **Age Rating** |
| Requires iOS 17.0 or later. | English | 13+ |

Copyright
© 2025 Zest Maps Inc

Developer Website ↗ Privacy Policy ↗

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brazil) | Tiếng Việt | 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

**EXHIBIT F**

**Generated on:** This page was generated by TSDR on 2026-01-27 21:43:44 EST

**Mark:** ZEST

ZEST

**US Serial Number:** 99595487

**Application Filing Date:** Jan. 14, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Jan. 14, 2026

# Mark Information

**Mark Literal Elements:** ZEST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software and mobile application software using artificial intelligence for mapping, location-based discovery, and personalized recommendations, namely, software for identifying, organizing, curating, and displaying locations, venues, points of interest, and destinations on interactive maps, including software for automatically identifying and recording user visits to venues based on transaction and location data, generating historical and ongoing location maps, and displaying user-curated and socially shared location information; downloadable software for searching, filtering, comparing, and ranking venues and points of interest based on user preferences; downloadable software for providing user-personalized travel planning recommendations and destination guidance information based on location.

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 13, 2024

**Use in Commerce:** Dec. 13, 2024

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Zest Maps Inc.

**Owner Address:** 2261 Market Street
STE 10590
San Francisco, CALIFORNIA UNITED STATES 94114

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kuscha Hatami

**Docket Number:** Zest

**Attorney Primary Email Address:** hatami@lawplicity.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kuscha Hatami
lawplicity
PO Box 7619
Laguna Niguel, CALIFORNIA United States 92607

**Phone:** 1-(858) 342-9621

**Correspondent e-mail:** hatami@lawplicity.com contact@lawplicity.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 14, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 14, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**EXHIBIT G**

**Generated on:** This page was generated by TSDR on 2026-01-27 21:44:31 EST

**Mark:** ZEST

ZEST

**US Serial Number:** 99595490

**Application Filing Date:** Jan. 14, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Jan. 14, 2026

# Mark Information

**Mark Literal Elements:** ZEST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing temporary use of non-downloadable software using artificial intelligence for location-based discovery, mapping, and recommendation services; providing online non-downloadable software featuring interactive maps and AI-generated recommendations for venues, destinations, and points of interest based on user preferences, including software for automatically identifying and mapping venue visits using transaction and location data, generating historical location records, and displaying location information based on activity of other users.; providing temporary use of online non-downloadable software for organizing, curating, and presenting information about venues, destinations, and points of interest for discovery and comparison; providing temporary use of online non-downloadable software for generating user-personalized travel planning recommendations and destination guidance information based on location.

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Dec. 13, 2024

**Use in Commerce:** Dec. 13, 2024

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Zest Maps Inc.

**Owner Address:** 2261 Market Street
STE 10590
San Francisco, CALIFORNIA UNITED STATES 94114

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kuscha Hatami

**Docket Number:** Zest

**Attorney Primary Email Address:** hatami@lawplicity.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kuscha Hatami
lawplicity
PO Box 7619
Laguna Niguel, CALIFORNIA United States 92607

**Phone:** 1-(858) 342-9621

**Correspondent e-mail:** hatami@lawplicity.com contact@lawplicity.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 14, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 14, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**EXHIBIT H**

Post

Andy Fang
@andyfang

Today, we're excited to launch Zesty, a new food discovery app to help you find the best local places.

Powered by AI to help you search how you want and ask questions like a concierge; and aggregating info across DoorDash, Google Maps, TikTok, etc. to curate the best suggestions from the web.

Live today in SF Bay Area and New York! Look forward to hearing early feedback on the product










4:42 PM · Dec 15, 2025 · **746.4K** Views

97 68 610 347

Read 97 replies

**EXHIBIT I**







IMAGE CREDITS: DOORDASH

APPS

# DoorDash rolls out Zesty, an AI social app for discovering new restaurants

Aisha Malik 10:48 AM PST · December 16, 2025

DoorDash is launching a new AI-powered social app that's designed to help users quickly find local restaurants. The app, called Zesty, is initially available in the San Francisco Bay Area and New York.

With the app, DoorDash is branching out beyond food delivery and stepping into the social and discovery space. The idea behind the app is to get rid of the need to read a bunch of different reviews, look up different menus, or browse TikTok when looking for a new place to eat.

Once people open the app and sign in with their DoorDash accounts, they can ask an AI chatbot for personalized recommendations based on what they're looking for. In an Instagram promo post, the company shared that users can type prompts like, "A low-key dinner in Williamsburg that's actually good for introverts" to find specific recommendations. Users will also see suggested prompts, such as "Brunch spots good for groups," and "Romantic dinner with a vintage feel."

DoorDash co-founder Andy Fang wrote in an X post that the app aggregates info across DoorDash, Google Maps, TikTok, and more to "curate the best suggestions from the web."




IMAGE CREDITS: ZESTY

The app also learns your tastes to figure out what you do and don't like. Once you come across a recommendation you're interested in, you can save it and share it with others.

Users can view and share photos and comments about restaurants they've visited, discover content from others, and follow people just like on any social network.

"At DoorDash, we're always looking for new ways to help people connect with the best of their communities," a DoorDash spokesperson confirmed to TechCrunch. "We're piloting an app called Zesty to make it easier to discover great nearby restaurants, coffee shops, bars, and more through personalized search and social sharing. We're excited to learn from early testers as we keep shaping what local discovery can look like."

TC
Disrupt 2026 Tickets: One-time offer
Tickets are live! Save up to $680 while these rates last, and be among the first 500 registrants to get 50% off your +1 pass. TechCrunch Disrupt brings top leaders from Google Cloud, Netflix, Microsoft, Box, a16z, Hugging Face, and more to 250+ sessions designed to fuel growth and sharpen your edge. Connect with hundreds of innovative startups and join curated networking that drives deals, insights, and inspiration.
San Francisco | October 13-15, 2026
REGISTER NOW

News of the app's launch was first reported by Bloomberg.

Of course, some people may not want to download a whole new app to find new restaurants when they could simply use Google. For people who have already embedded AI into their daily lives, they may already be using services like ChatGPT and Gemini to discover new restaurants. However, the app could be a welcome launch for people who want to be part of a social network that's all about discovering new restaurants.

The launch of the new app marks DoorDash's latest effort to branch beyond delivery services, as the company earlier this year launched features that allow customers to make reservations for in-person dining and earn in-store rewards.

Topics: AI Apps dining DoorDash Social

Aisha Malik
Consumer News Reporter

Aisha is a consumer news reporter at TechCrunch. Prior to joining the publication in 2021, she was a telecom reporter at MobileSyrup. Aisha holds an honours bachelor's degree from University of Toronto and a master's degree in...

View Bio ›




DISRUPT
October 13-15 | San Francisco, CA
Tickets are live at the lowest rates of the year. Save up to $680 on your pass — and if you're among the first 500 registrants, score a +1 pass at 50% off.
Meet investors. Discover your next portfolio company. Hear from 250+ tech leaders, dive into 200+ sessions, and explore 300+ startups building what's next. Don't miss these one-time savings.
REGISTER NOW ›

## Most Popular

- Anthropic launches interactive Claude apps, including Slack and other workplace tools
- TikTok users freak out over app's 'immigration status' collection — here's what it means
- Researchers say Russian government hackers were behind attempted Poland power outage
- Here's what you should know about the US TikTok deal
- Microsoft gave FBI a set of BitLocker encryption keys to unlock suspects' laptops: Reports
- Capital One acquires Brex for a steep discount to its peak valuation, but early believers are laughing all the way to the bank
- Not to be outdone by OpenAI, Apple is reportedly developing an AI wearable




KEEP READING



IMAGE CREDITS: KLAUDIA RADECKA/NURPHOTO / GETTY IMAGES

APPS

# Google now lets users jump from AI Overviews into AI Mode conversations

Aisha Malik 9:00 AM PST · January 27, 2026

Google is rolling out the ability for users to ask follow-up questions directly from AI Overviews, which are the AI-generated summaries at the top of Google Search results. Now users will be able to jump into a conversational back-and-forth with AI Mode, Google's conversational Search feature for complex questions.

**EXHIBIT J**

msn Search the web Laguna Niguel 58°F
Discover Money My Watchlist Markets Expert Portfolios Cryptocurrencies Headlines Watchlist Ideas Currency Converter Investing Personal Finance Personalize




Sponsored

GlobalData + Follow 10.1K Followers

# DoorDash unveils AI-driven restaurant discovery app Zesty

Story by Rachana Saha • 1mo • 2 min read

2026 Career Vision: Setting Bold Goals That Inspire and Challenge You
Career growth isn't only about climbing a ladder — it's about...
Ad Paychex

IN THIS ARTICLE




Zesty allows users to view and share photos and comments about places they have visited

US food delivery platform DoorDash has introduced a new app, Zesty, that uses AI to help users identify local restaurants and share recommendations.

The app is currently available in the San Francisco Bay area and New York for beta testing.

In an Instagram post, the company said that users can enter prompts to receive tailored suggestions.

Nancy 3 ft. Gray/Clear Door and Window Fixed Awning with Siding Connector Kit
bedbathandbeyond.com · Sponsored

DoorDash co-founder Andy Fang stated on X that the app "curates the best suggestions from the web," pulling together information from DoorDash itself, in addition to Google Maps, TikTok and other sources.

Zesty includes social-network-style functions, allowing users to view and share photos and comments about places they have visited, discover posts from other users and follow them.

A DoorDash spokesperson told *TechCrunch*: "At DoorDash, we're always looking for new ways to help people connect with the best of their communities.

"We're piloting an app called Zesty to make it easier to discover great nearby restaurants, coffee shops, bars and more through personalised search and social sharing. We're excited to learn from early testers as we keep shaping what local discovery can look like."

The launch signals DoorDash's move beyond food delivery into restaurant discovery and social networking features.

**Related video**: Riding along with a DoorDash driver for a day (Chris Stocks)




In August 2025, the company rolled out a range of new features for its DoorDash for Business platform to improve the management of employee meal programmes.

The updates are intended to simplify administrative tasks for HR, finance and operations teams while enhancing the overall experience for employees.

"DoorDash unveils AI-driven restaurant discovery app Zesty" was originally created and published by Verdict Food Service, a GlobalData owned brand.

*The information on this site has been included in good faith for general informational purposes only. It is not intended to amount to advice on which you should rely, and we give no representation, warranty or guarantee, whether express or implied as to its accuracy or completeness. You must obtain professional or specialist advice before taking, or refraining from, any action on the basis of the content on our site.*

Sponsored Content

consumerbags.com — Here Are 29 of the Coolest Gifts for This 2025 — Sponsored
Top Gifts List — Here Are 23+ of the Coolest Gadgets For 2026 You'll Regret Not Getting — Sponsored
Star Trek Fleet Command — Roam the Universe in Your Own Home In This Top-Rated Star Trek Game for Desktop — Sponsored
Gaming Spectra — The Game Everyone Is Calling "The Most Realistic of 2025 — Sponsored

More for You

- So Yummy! · 1w — Big changes are coming to McDonald's drive-thrus — 80 · 57
- Reuters · 22h — California's Newsom accuses TikTok of suppressing Trump criticism — 276 · 174
- Newsweek · 4h — Anthropic CEO warns humanity isn't ready for what AI is becoming — 114 · 9
- BBC · 5d — Behind the scenes of Help 2, the star-studded charity album — 89
- Tampa Bay Times · 5d — A 10% credit card cap would make the affordability crisis worse | Column — 6 · 1 — Opinion
- CNBC · 5d — Elon Musk: My prediction is that there will be more robots than people — 552 · 161
- NBC News · 1d — Rapper Ye apologizes for antisemitic comments in full-page ad — 562 · 168

RAID: Shadow Legends — This PC Game is So Beautiful — Sponsored
Jubilee Homes — 20% Down Is Outdated — Sponsored

KIRO Seattle + Follow 90.5K Followers

# VIDEO: Amazon set to layoff 14,000 employees

12h

464 65




Sponsored Content

RIU Hotels — Beachfront hotels with All Inclusive 24/7 service — Sponsored
RAID: Shadow Legends — This Game is So Beautiful (Must-Have!) — Sponsored
kilo.ai — A full AI coding team directly in your VS Code — ChatGPT Alternative - VS Code or CLI - AI Programming Assistant — Sponsored
trusted-software.com — What is the Best Photo Editor? - Top 6 Photo Editor in 2025 - We Reviewed and Ranked Them — Sponsored

More for You

- The Washington Post · 8h — UPS will slash 30,000 jobs as company shifts away from Amazon — 100 · 30
- The Wall Street Journal · 8h — Amazon to shut down all Amazon Go and Amazon Fresh stores — 310 · 44
- AccuWeather · 11h — Could there be a blizzard along the East Coast this weekend? — 198 · 10
- MS NOW · 11h — Trump makes rare adjustments in Minneapolis after nationwide backlash — 559 · 89
- W.S.M. · 1w — 13 jobs that pay $40/hour without a 4-year degree that are always desperate for... — 60 · 6
- CNN · 7h — Doomsday Clock 2026: Scientists set new time — 411 · 148
- USA TODAY · 6h — Cost of living is up. Paychecks are not. And workers are not OK. — 2k · 647

aecojoy.store — AECOJOY 16'x10' Adjustable Height Wall Mounted Outdoor Gazebos Pergola — Sponsored
RIU Hotels — Beachfront hotels with All Inclusive 24/7 service — Sponsored

CNN + Follow 2.8M Followers

CNN + Follow 2.8M Followers

# Newly obtained video shows what happened in the roughly six minutes leading up to Alex Pretti's shooting

7h




A video obtained by the AP shows what happened in the minutes leading up to when Alex Pretti was shot in an encounter with federal agents outside a donut shop in Minneapolis.

Sponsored Content

RIU Hotels — Beachfront hotels with All Inclusive 24/7 service — Sponsored
RAID: Shadow Legends — Is This Even Legal? This Game's Realism Is That Intense — Sponsored
Veterans United — Check Your VA Loan Eligibility and Interest Rates in Minutes at... — Sponsored
250th Anniversary — Here Are 10+ of the Coolest 250TH Anniversary Gifts for This 2026 — Sponsored

More for You

- Newsner Stories · 17h — Forensic expert points out 'strange' moment people may have missed in Alex Pretti ICE shooting — 1k · 3k
- Reuters · 30m — Man disrupts Ilhan Omar event in Minnesota, sprays her with liquid
- CBS News - Video · 2h — NTSB animation shows lead-up to deadly mid-air crash near DC airport — 8 · 1
- The Washington Post - Video · 6h — Over 72 hours, Trump officials shifted their story on Pretti — 35 · 12
- ABC News · 1h — Investigation underway after NASA jet's fiery hard landing
- The Associated Press · 11h — Trump's use of AI images pushes new boundaries,
- ABC News · 12h — New bystander and body camera video in Alex Pretti

250th Anniversary — Here Are 10+ of the Coolest 250TH Anniversary Gifts for
RIU Hotels — Beachfront hotels with All Inclusive 24/7 service

**EXHIBIT K**


Zesty
Download Zesty (Beta)
Currently live in SF Bay Area and New York
freshly brewed by
DOORDASH

# EXHIBIT L

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Zesty - Local Food Discovery

Your world of food, connected

Only for iPhone
Free

Share

| 27 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 3.7 ★★★★☆ | 13+ Years | Food & Drink | DoorDash, Inc. | EN English | 88.2 MB |













iPhone

**Currently live in SF Bay Area and New York**

Zesty is your local discovery app — designed to help you find restaurants, cafes, and hidden gems that fit the vibe. The most optimal Zesty experience today is in NYC and the SF Bay Area, with more markets developing out very soon.

Ask anything from "cozy pasta spots with outdoor seating under 100 dollars" to "where to brunch solo in SoHo" to "kid-friendly places nearby for a quick bite with easy parking".

Explore a vibrant feed of "memories" shared by other foodies, search with simple prompts and natural conversations, and save what looks good to build your personal taste profile over time.

Zesty understands cravings, context, and preferences to deliver restaurant matches that actually make sense. The experience will expand as new cities come online.

Smarter discovery
Zesty combines insights from your favorite trusted sources, like Google Maps, Eater, Infatuation, Michelin, TikTok and Reddit, to surface only the most relevant options.

Have Qs? Ask Zesty
Not sure what you're in the mood for? Just ask. Zesty jumps in with smart follow-up questions to help you refine, expand, or narrow things down — budget, vibe, neighborhood, timing, all of it. And when a spot looks good, you can dig deeper with questions about reservations, noise level, dietary fit, or what dishes they're known for.

Personalized to you
The more you search, save, and share, the better it gets. Zesty learns your taste, dietary needs, and unique style whether that's casual lunch or date-night dining.

Social by design
Explore lists from friends and share your own favorite finds. Every action helps make Zesty smarter and more connected.

Built for action
Get directions, order delivery, visit a website, or save a spot for later — all in one place.

## Ratings & Reviews >

3.7
out of 5

27 Ratings

**Food app made human** — 12/15/2025 — trashcannotc...
★★★★★
Zesty has honestly made deciding what to eat so much easier. Instead of endlessly scrolling or trying to force the right keywords, I can just type what I'm actually craving, like good dim sum nearby, matcha desserts, hand-pulled noodles, or bingsoo, and it somehow just gets it. As someone who really cares about product design, I appreciate how c more

**Discovery without the hassle** — 12/15/2025 — Clorette
★★★★★
Love this app. I didn't realize how annoying it was to bounce between 3-4 apps/websites just to decide what's good until Zesty. It makes discovery feel easy and actually enjoyable. Clean UI, genuinely useful, starting to become my go-to when deciding and planning where to go.

**Great app for finding restaurants** — 12/15/2025 — Boooomshakalakaa...
★★★★★
Zesty is super useful in finding great places to eat at. It aggregates a lot of information from Google Maps, Reddit, TikTok to find the best places to go to

## What's New >

Minor updates and performance improvements.

Version 1.40.0
6d ago

## App Privacy >

The developer, **DoorDash, Inc.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Identifiers
- Usage Data
- Diagnostics

### Data Linked to You

The following data may be collected and linked to your identity:

- Location
- Contact Info
- User Content
- Search History
- Identifiers
- Usage Data
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| | | |
|---|---|---|
| Seller<br>DoorDash, Inc. | Size<br>88.2 MB | Category<br>Food & Drink |
| Compatibility<br>Requires iOS 18.0 or later. | Languages<br>English | Age Rating<br>13+ |
| Copyright<br>© 2026 DoorDash | | |

Developer Website ↗ Privacy Policy ↗

## More by DoorDash, Inc. >

- DoorDash: Food, Grocery, More... — Food, Grocery, Retail Delivery... — View
- DoorDash - Business Manager... — Manage your DoorDash store... — View
- DoorDash - Dasher — Deliver and earn with DoorDa... — View

Copyright © 2026 Apple Inc. All rights reserved.

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brazil) | Tiếng Việt | 繁體中文 (台灣)

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

**EXHIBIT M**

# Re: Important! Reporter Response + Today's Call Agenda

Kailey McCarthy
To: Mario Gomez-Hall, Alex Moller, ZestMaps
Dec 18, 2025 at 8:40 AM

Hi Mario and Alex,

Apologies for the back to back emails here. After following up with Larissa/Technically Food and sharing aggregated 2025 user data, Larissa wants to know if your team has anything to do with the launch of Zesty by Door Dash? She mentions how Zesty seems very similar to what you're doing at Zest and wants to know what your team's response is.

More Zesty details can be found here. We can chat further about a response during our call this afternoon, but wanted to give you both a heads up asap. Have you heard anything about Zesty in your circles? Let me know if you have any initial thoughts or questions. Thanks!

Sincerely,
Kailey

**EXHIBIT N**

**Larissa outreach on Thursday, December 18th, 2025**

*Hi Kailey,*
*Does Zest have anything to do with the recent launch of Zesty by Door Dash? Seems a little strange to have two apps doing the same thing...what's the response here?*